1295 DETROIT TRANSPORTATION COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12700½, 91 M., 382.

1296 J. EMERY OWEN TRANSPORTATION COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12699.

1297 STATE TRANSIT COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12699½.

1298 DULUTH & ATLANTIC TRANSPORTATION COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12700.

1299 HAMTRAMCK TRANSPORTATION COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12701.

1300 MICHIGAN NAVIGATION COMPANY vs. BOARD OF ASSESSORS (Detroit), 12701½.

1301 PERCHERON STEAM NAVIGATION COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12702.

1302 WHITNEY TRANSPORTATION COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12702½.

To compel the removal of relator's name from the assessment roll.

In the case of Detroit Transportation Co. vs. Board of Assessors, writ denied April 15, 1892, with costs. In each of the other cases the party was allowed to withdraw the petition.

Petitioner in each case claimed a local habitation outside the city limits, but it was held that such was its nominal domicil only, and that its actual domicil was in the city.